# CASE ASSIGNMENT

CASE ASSIGNED TO: __REED__

DATE ASSIGNED: __13·MAR·17__

*The following case has been assigned to you. Please fill out this form with the CR# and return to my desk within 24hrs.*

DATE OF INCIDENT: **25-Oct-16**

DIVISION/PLACE OF INCIDENT: **11/Holding Cell 175**

OFFENSE: **Simple Battery**

VICTIM: **Herrera, Justin (20161020092)**

OFFENDER: **Little, Fernando (20161017063), Anderson, Joshua (20150915090)**

TRACKING# **Div11-2016-17357**

CR# __17078228__   Return Date: _____

14679

# OFFENSE / INCIDENT REPORT
## COOK COUNTY SHERIFF'S OFFICE

**1. Case Report Number:** 17-078228

| Field | Value |
|---|---|
| 2. Offense/Incident | Battery |
| 3. Classification | Simple |
| 4. UCR Code | 0460 |
| 5. Location Code | 999 |
| 6. Beat of Occurrence | 999 |
| 7. Address/Location of Occurrence (Township) | 3015 S. California Blvd Chicago IL, 60608 |
| 8. Type of Place of Occurrence | CCDOC/Division 11 |
| 9. Date of Occurrence | 25 Oct 16 |
| 10. Time of Occurrence | 1430 hrs |
| 11. Unit Assigned | #1149 |
| 12. Victim Name | Inmate Justin, HERRERA #2016-1020092 |
| 13. Sex | M |
| 14. Race | H |
| 15. DOB | 10 May 97 |
| 16. Home Phone | DNA |
| 17. Business Phone | DNA |
| 18. Pager or Cell TX | DNA |
| 19. Victims Address | 2338 W. 111th St. Chicago, IL 60643 |
| 20. Address of Employment | DNA |
| 21. Sobriety of Victim | HBD ☐ Yes ☒ No |
| 22. Victim Injured | ☐ Yes ☒ No |
| 23. Treated At | DNA |
| 24. Treated By | DNA ☐ Released |
| 25. Medical Examiner Notified | DNA ☐ |
| Time Notified | DNA |
| 26. | DNA ☐ UNFOUNDED |

**27. Person(s) Involved** — V – Victim, W – Witness, G – Guardian, MP – Missing Person, C – Complainant, PN – Person Notified
**Incident Codes:** S – Suspect, J – Juvenile, SP – Spouse, MJ – Missing Juvenile, P – Parent, O – Other (Specify)

| Code | Name (First Last Middle) | Sex | Race | DOB | Address | Phone Numbers |
|---|---|---|---|---|---|---|
| S1 | Inmate Joshua, ANDERSON #2016-1020092 | M | B | 13 Sep 95 | 12401 S. Union Ave. Chicago, IL 60628 | Home: DNA / Business/Pg: |
| S2 | Inmate Fernando, LITTLE #2016-1017063 | M | B | 4 Nov 96 | 8145 S. Paulina St. Chicago, IL 60620 | Home: / Business/Pg: |

### 28. Suspect or Missing Person Description

| Code | Age | Wt. | Ht. | Build | Hair Color | Style | Eyes | Complexion | Nickname/Alias/Clothing/Distinguishing Marks |
|---|---|---|---|---|---|---|---|---|---|
| S1 | 21 | 180 | 509 | MED | BLK | SHT | BRO | DRK | |
| S2 | 19 | 175 | 508 | MED | BLK | SHT | BRO | MED | |

**29. Vehicle Information:** DNA

**30. Weapon(s):** ☒ Used  ☐ Displayed  ☐ Club or Bludgeon Instrument
☐ Handgun  ☐ Rifle  ☐ Shotgun  ☐ Knife/Other Cutting Instrument

**31. Other means of Attack (or Possible Tool):** Fist

**32. Property Taken by Offender** ☐ Yes ☒ No (Describe in Narrative)
**33. Property Recovered** ☐ Yes ☒ No (Describe in Narrative) Inventory Number(s)
**34. Evidence Taken By R/O** ☐ Yes ☒ No Inventory Number(s)

**35. Arrestee(s) Name:** DNA

### 36. Narrative:

**THIS IS A CLEARED AND CLOSED CASE REPORT BY EXCEPTION (Complaint Refusal)**

This is a CCSO/CCSPD/Correctional Information and Investigations Division Investigation

**CCOMS Report Number:** Div11-2016-17357

**Narrative:** See Administrative Case Status Form (attached)

Case Report Number: 17-078228

| 37. Name/Star No. of Detective Notified | Time Notified | 38. Name/Star No. of Detective on Scene | Time Arrived | 39. Name/Star of Supervisor on Scene | Time Arrived |
|---|---|---|---|---|---|
| DNA | | DNA | | DNA | |

| 40. Reporting Officer Name/Star No. (Print) | 41. Assigned By: | 42. Date & Time Assigned | 43. Date and Time Report Approved |
|---|---|---|---|
| Inv. Reed #6188 | ☐ CC ☒ Supv. ☐ On View ☐ Citizen | 13 Mar 17  0900 hrs | 20MAR17 |

| 44. Reporting Officer's Signature | 45. Date & Time Arrived | 46. Date & Time Completed | 47. Supervisor Approving (Signature/Star No.) |
|---|---|---|---|
| inv. / #6188 | 13 Mar 17  0900 hrs | 13 Mar 17  1313 hrs | Sgt Vega #91 |

Narrative Continued……

CR# 17-078228

CCSAO HERRERA 000048

# Cook County Sheriff's Police Department
## ADMINISTRATION CASE STATUS

Cook County Jail/CCDOC

AREA / BEAT: 999 | 999

| ORIGINAL OFFENSE AND CLASSIFICATION | RECLASSIFICATION TO | CASE REPORT NUMBER |
|---|---|---|
| Simple Battery | DNA | 17-078228 |

| PERSON CONTACTED | DATE & TIME |
|---|---|
| See Narrative | DNA |

**CASE STATUS**
CLEARED ☒ | CLEARED BY ARREST ☐ | UNFOUNDED ☐ | FILED ☐

**IF CASE CLEARED, HOW CLEARED**
☐ ARREST & PROSECUTION ☒ EXCEPTIONAL (explain in narrative)

☐ 1. Field assignment is necessary – EXPLAIN
☒ 2. Victim declined formal prosecution.
☐ 3A. Property identification received.
☐ 3B. Entered into LEADS under # _____
☐ 4. No property identification known.
☐ 5. No additional information is known.
☐ 6. The incident occurred in another jurisdiction.
☐ 7. The incident reported is not an offense.
☐ 8. Recovered local Stolen Auto. *(No change to original case classification)*
☐ 9. Other *(requires explanation)*

Comments: In summary, On 13 Mar 17, R/I Reed #6188 was assigned to conduct a follow up investigation on a Simple Battery which occurred on 25 Oct 16 at 1430 hrs, reported under CCOMS #Div11-2016-17357.

R/I conducted a review of the CCOMS report which revealed that on 25 Oct 16, C/L Tucker conducted post incident interviews recorded on SD Card #421. Further review of the post incident Administrative Assessment revealed that inmates ANDERSON and LITTLE were involved in a physical altercation with HERRERA. HERRERA verbally refused to file a complaint against LITTLE and ANDERSON.

HERRERA stated he does not wish to pursue formal arrest and prosecution against LITTLE and ANDERSON . Therefore based on the aforementioned information, R/I requests this case be classified as CLEARED and CLOSED by EXCEPTION.

Case Report Number: 17-078228

INV. _____ 6188
Inv. Reed #6188

13 Mar 17  1313hrs
Date & Time

Sgt Vega # 91
Supervisor

CCSAO HERRERA 000049