# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Justin Herrera, | ) | |
| | ) | |
| Plaintiff, | ) | 18 C 6846 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Thomas R. Durkin |
| Teresa Cleveland, Samuel Diaz, and | ) | |
| Enrique Martinez, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 1, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Ryan D. Suniga*
Ryan D. Suniga