UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Justin Herrera
                     Plaintiff,

v.                                                      Case No.: 1:18−cv−06846
                                                       Honorable Thomas M. Durkin

Tom Dart, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 6, 2020:

        MINUTE entry before the Honorable Thomas M. Durkin:Defendants' motion [57] to certify for interlocutory appeal pursuant to 28 U.S.C. section 1292(b) the Court's order of April 1, 2020 [54] is granted for the reasons stated in Defendants 9; motion.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.